

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-18-00610-CV

Michael P. **GEARY,** Independent Executor of the Estate of Joseph William Geary, Jr., Deceased
and Falcon Energy, Inc.,
Appellants

v.

**TOW BOW RANCH LIMITED PARTNERSHIP**, Two Bow Management, LC and Ronald L.
Toms, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03609
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellees' Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to June 5, 2019. **No further extensions of time to file appellees' brief will be allowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court